UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| JAMES BEAN ) | |

ORDER

Pending before the Court is a Motion to Reschedule Status Conference (Docket No. 875).

The Motion is GRANTED.

The status conference currently scheduled for November 16, 2012, is RESCHEDULED for November 6, 2012, at 12:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE