UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| JAMES BEAN ) | |

ORDER

The Court held a status conference in this case on November 6, 2012, at 9:00 a.m. At the status conference, the Court concluded that the Defendant is competent to proceed in this case based on the Forensic Report dated October 15, 2012 (Docket No. 873), and the agreement of the parties. The Forensic Report shall be provided to the Probation Office for consideration in determining whether to amend the Pre-sentence Investigation Report. Any amended Pre-sentence Investigation Report shall be provided to the Court on or before November 20, 2012.

The Court will hold a sentencing hearing in this case on December 19, 2012, at 1:00 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE