ORDER:

*This motion is set for a hearing on November 26, 2012, at 1:30 p.m.*

*John Bryant,*
*USMJ*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| VERSUS | ) | |
| | ) | District Court No. 3:11CR00194-02 |
| | ) | |
| **JAMES BEAN,** | ) | |
| Defendant. | ) | |

## MOTION TO REVOKE ORDER OF DETENTION

Defendant, James Bean, pursuant to 18 U.S.C. §3145(b), moves this Honorable Court for an order revoking the prior Order of Detention. As grounds for this Motion, Defendant would show the Court that there are members of his immediate family, specifically his mother and stepfather, who are suffering from disabling and debilitating health conditions. As such, his family is in immediate need for the Defendant to return home until such time as the Court imposes sentencing to care for both his mother and stepfather. Additionally, Defendant would show that there are conditions, including supervision by a third-party custodian and electronic monitoring, which can be imposed to insure that the Defendant is not a risk of flight or danger to the community.

Respectfully submitted this the 14th day of November, 2012.

/s/ Craig P. Fickling
CRAIG P. FICKLING, BPR # 14845
Attorney for James Bean
118 East First Street
Post Office Box 1483
Cookeville, TN 38503
Telephone (931) 528-6403