UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JAMES BEAN | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Evidentiary Hearing (Docket No. 912). Through the Motion, the Defendant requests an evidentiary hearing prior to sentencing to determine the amount of narcotics to be used in sentencing calculations. The Government has filed a Response (Docket No. 918) opposing the Motion.

The Motion is DENIED; provided, however, any issues regarding the amount of drugs to be used in sentencing calculations shall be considered at the sentencing hearing on December 19, 2012.

It is so ORDERED.

                                                                                             TODD J. CAMPBELL
                                                                                             UNITED STATES DISTRICT JUDGE