UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS, et al. | ) | |

## ORDER

Pending before the Court is Defendant James Bean's Motion To Quash Subpoena (Docket No. 1453). Through the Motion, Defendant Bean seeks to quash Defendant Rivers' subpoena for his testimony at the trial set for August 27, 2013. As the Court ruled in an earlier Order (Docket No. 1415), any motions to quash shall be heard on August 15, 2013 at 9:00 a.m.

The Government and Defendant Rivers shall file a response to the Motion To Quash on or before August 13, 2013.

Counsel for Defendant Bean shall take all necessary steps to secure the presence of Defendant Bean at the hearing on August 15, 2013.

It is so ORDERED.

                                                                                                                               _/s/ Todd Campbell_
                                                                                                                               TODD J. CAMPBELL
                                                                                                                               UNITED STATES DISTRICT JUDGE