UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:11-00194
                                  )          JUDGE CAMPBELL
STERLING RIVERS, et al.           )


ORDER


      Pending before the Court is James Bean's Motion to Quash Subpoena (Docket No. 1453).

The Court held a hearing on August 22, 2013. For the reasons stated from the bench, the Motion

is GRANTED.

      IT IS SO ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE